NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SYNQOR, INC.,**
*Plaintiff-Appellee,*

v.

**ARTESYN TECHNOLOGIES, INC. AND ASTEC AMERICA, INC.,**
*Defendants-Appellants,*

AND

**BEL FUSE, INC.,**
*Defendant-Appellant,*

AND

**DELTA ELECTRONICS, INC., DELTA PRODUCTS CORP., AND POWER-ONE, INC.,**
*Defendants-Appellants,*

AND

**MURATA ELECTRONICS NORTH AMERICA, INC., MURATA MANUFACTURING CO., LTD., AND MURATA POWER SOLUTIONS, INC.,**
*Defendants-Appellants,*

AND

**CHEROKEE INTERNATIONAL CORP. AND LINEAGE POWER CORP.,**
*Defendants.*

Appeals from the United States District Court for the Eastern District of Texas in case no. 07-CV-0497, Judge T. John Ward.

---

2011-1191, -1192, -1194, 2012-1070, -1071, -1072

---

## ON MOTION

---

## ORDER

The Bel Fuse, Inc. moves to withdraw Kenneth P. Kula as counsel. Artesyn Technologies, Inc. et al. (Artesyn) move for a 28-day extension of time, until June 28, 2012, to file their reply briefs. SynQor, Inc. consents to a 14-day extension of time, but otherwise opposed the motion. Artesyn replies.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to withdraw counsel is granted.

(2) The motion for an extension of time is granted to the extent that Artesyn is granted a 17-day extension of time to file their reply briefs. No more extensions.

FOR THE COURT

JUN 0 4 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Donald R. Dunner, Esq.
Constantine L. Trela, Jr., Esq.
Alan D. Smith, Esq.

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 0 4 2012

JAN HORBALY
CLERK

William F. Lee, Esq.
Andrew J. Pincus, Esq.

s19